UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME JULIUS BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD SOLOMONS,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-2834-AT |

## J U D G M E N T

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the Magistrate's Report and Recommendation, and the Court having **ADOPTED** the Report and Recommendation, it is

    **Ordered and Adjudged** that this civil action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) .


Dated at Atlanta, Georgia this 23rd day of October, 2015.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                                By:  s/ James Jarvis
                                          Deputy Clerk


Prepared and Entered
In the Clerk's Office
October 23, 2015
James N. Hatten
Clerk of Court

By:  s/ James Jarvis
       Deputy Clerk